Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland   Division

| | |
|---|---|
| Silicon Valley Global ~~...~~ <br> Raziel Briah / ~~...~~ <br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br> Washington County Corrections & Associates <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | Case No.   **3:20-cv-00028 SI** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raziel Briah |
| Street Address | 650 NW Irving St |
| City and County | ~~Port...~~ Portland, Multnomah |
| State and Zip Code | Oregon   97209 |
| Telephone Number | 424-645-9405 |
| E-mail Address | RazielBriah777@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name ~~Washington County Corrections Police + Correction officers~~

Job or Title *(if known)* Judge Vetky : Judge Villa Smith

Street Address ~~Washington County / Hillsboro~~

City and County Multnomah County, Courthouse Suite #211

State and Zip Code 1021 SW 4th Ave, Portland, OR 97204

Telephone Number ⅔ Multnomah County, Portland, Oregon

E-mail Address *(if known)* 503-988-3957

Defendant No. 2

Name washington County, Courthouse

Job or Title *(if known)* Head of office

Street Address 145 NE 2nd Ave, Hillsboro, OR 97124

City and County Hillsboro, Washington County

State and Zip Code 97124   Oregon

Telephone Number 503-846-2887

E-mail Address *(if known)* ?

Defendant No. 3

Name Washington County District Atty

Job or Title *(if known)* Head of office

Street Address 150 N 1st Ave #300, Hillsboro

City and County Hillsboro, washington County

State and Zip Code Oregon 97124

Telephone Number 503-846-8671

E-mail Address *(if known)* ?

Defendant No. 4

Name Washington County Probation

Job or Title *(if known)* Cheif Probation officer / Head of Unit

Street Address 150 N 1st Ave #200.

City and County Hillsboro, Washington County

State and Zip Code Oregon, 97124

Telephone Number 503-846-3400

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Constitution / Civil Rights / Hate Crimes

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* Raziel Briah , is a citizen of the State of *(name)* Oregon .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* Washington County Coreathers Associates, is incorporated under the laws of the State of *(name)* Oregon ,

   and has its principal place of business in the State of *(name)*

   Oregon .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)* .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____N/A_____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

7 million 7,000,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Due to multiple years of personal Injury, pain & suffering, Hate crimes against myself, cruel and unusual punishment - affecting my kids that are under age and Slander & Assault, Liablty, Business Losses, education Loss - ruined education

Which is Still currently happening and Started in 2016

## III.    Statement of Claim    — See Attachment

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Washington County Corrections; Associates - Court; Jail - violated US constitution By Breaking due process, Hate crimes on race and religion, cruel and unusual punishment, False Imprisonment Illegal search and Siezer, Invation of privacy

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

— See Attachment's

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          1/7/20

Signature of Plaintiff        *Razi Bria*

Printed Name of Plaintiff     Raziel Briah

### B.    For Attorneys

Date of signing:          1/7/20

Signature of Attorney     filled for pro-bono

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Statement of Claim section (III)

Since January of 2017 to currently the year of 2019 Washington County Corrections & Associates meaning: Jail, Courthouse, Police, judge, District attorney's office  and Correctional Officers. Committed acts of the following US Constitution violations, Civil rights Violations and hate crimes. Over 45,000 law suits have been filed against Washington county corrections for civil rights and federal and state constitution violations. I was subjected to multiple hate crimes and multiple violations of federal U.S. constitutions. My under age kids that are still in grade school were effected. The U.S Supreme Court has advised through the Special Litigation Department in Washington D.C, and well as the United States Department of Justice in Washington D.C has referred me to take action of a lawsuit financial compensation. **Referrer to the departments in regards to departments general info**. Also The White House staff has forwarded this issue to Federal Authorities due to I have to re-apply for another Presidential pardon and due to it takes a couple years for review the charges still stand until Post-Conviction relief or Appeal charges get turned over.

"**Hate Crime**" generally refers to <u>criminal acts</u> which are seen to have been motivated by <u>bias</u> against one or more of the social groups listed above, or by bias against their derivatives. Incidents may involve physical assault, damage to property, <u>bullying</u>, <u>harassment</u>, <u>verbal abuse</u> or <u>insults</u>, <u>mate crime</u> or offensive <u>graffiti</u> or letters (<u>hate mail</u>).[6]

Examples of such groups can include, and are almost exclusively limited to: <u>sex</u>, <u>ethnicity</u>, <u>disability</u>, <u>language</u>, <u>nationality</u>, <u>physical appearance</u>, <u>religion</u>, <u>gender identity</u> or <u>sexual orientation</u>.) During 2016 to present 12/30/19 and beyond.  Was harassed, subjected to verbal abuse and physical abuse based on my religion of "Messianic Jewish" and practices of "Jewish Renewal" and my African American ethnicity. By Washington County correctional officers, police officers and judges and district attorneys.

## The <u>Eighth Amendment to the United States Constitution</u> states

that "cruel and unusual punishments [shall not be] inflicted." The general principles that the <u>United States Supreme Court</u> relied on to decide whether or not a particular punishment was cruel and unusual were determined by <u>Justice William Brennan</u>.[4] In *Furman v. Georgia*, <u>408</u> <u>U.S.</u> <u>238</u> (1972), Justice Brennan wrote, "There are, then, four principles by which we may determine whether a particular punishment is 'cruel and unusual'."The "essential predicate" is "that a punishment must not by its severity be degrading to human dignity", especially <u>torture</u>."A severe punishment that is obviously inflicted in wholly arbitrary fashion." (*Furman v. Georgia* temporarily suspended <u>capital punishment</u> for this reason.)"A severe punishment that is clearly and totally rejected throughout society.""A severe punishment that is patently unnecessary." I was subject to torture, by Washington County Corrections & Associates, No change of clothes for weeks, Correctional officers spitting in my food, making races remarks. Making go to court with no shower, cuffing my wrists and ankles to the point of bruising and bleeding. Subject to verbal abuse of hate speech 24hours a day no exaggeration. Making me extreme mental pain and suffering to the point of emergency hospital even after let out of jail. As well as continually violating me over and over again for 3 years in a row ruining my job, living situation, ruining my education at Harvard University: Extension business programs as well as Mercy Corps NW grants & Scholorships.

## The <u>Fifth</u> and <u>Fourteenth Amendments</u> to the <u>United States Constitution</u> each contain a due process clause. Due process deals with the <u>administration of justice</u> and thus the due process clause acts as a safeguard from arbitrary denial of life, liberty, or property by the government outside the sanction of

# SPECIAL LITIGATION SECTION CASES AND MATTERS

The Civil Rights Division of the Department of Justice, created in 1957 by the enactment of the Civil Rights Act of 1957, works to uphold the civil and constitutional rights of all Americans, particularly some of the most vulnerable members of our society. The Division enforces federal statutes prohibiting discrimination on the basis of race, color, sex, disability, religion, familial status and national origin.

Since its establishment, the Division has grown dramatically in both size and scope, and has played a role in many of the nation's pivotal civil rights battles. Division attorneys prosecuted the defendants accused of murdering three civil rights workers in Mississippi in 1964, and were involved in the investigations of the assassinations of Dr. Martin Luther King, Jr., and Medgar Evers. The Division enforces a wide array of laws that protect the civil rights of all individuals.

## ORGANIZATION

The Division is led by the Assistant Attorney General. Each Section of the Division is headed by a Section Chief and several Deputy Chiefs and Special Legal or Litigation Counsels. The Division's leadership, Section Chiefs, attorneys, and administrative staff are based in Washington, D.C.



**U.S. Department of Justice**

Civil Rights Division

168-61-0/676434

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

November 20, 2019

Raziel Briah
650 NW Irving Street
Portland, OR 97209-1272

Dear Mr. Briah:

Thank you for your letter. The Special Litigation Section
relies on information from community members to identify civil
rights violations. Each week, we receive hundreds of reports of
potential violations. We collect and analyze this information
to help us select cases, and we may also use this information as
evidence in an existing case. We will review your letter to
decide whether it is necessary to contact you for additional
information. We do not have the resources to follow-up on every
letter.

The Special Litigation Section is one of several Sections
in the Civil Rights Division. We work to protect civil rights
in four areas: 1) the rights of people in state or local
institutions, including: jails, prisons, juvenile detention
facilities, and health care facilities for persons with
disabilities (including whether persons in health care
facilities should be getting services in the community instead);
2) the rights of people who interact with state or local police
or sheriffs' departments; 3) the rights of people to have safe
access to reproductive health care clinics or religious
institutions; and 4) the rights of people to practice their
religion in state and local institutions. We are not authorized
to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work,
you may wish to consult the Civil Rights Division web page to
find the correct section: ~~www.justice.gov/crt~~

The Special Litigation Section only handles cases that
arise from widespread problems that affect groups of people. We
do not assist with individual problems. We cannot help you
recover damages or any personal relief. We cannot assist in
criminal cases, including wrongful convictions, appeals or
sentencing.

If you have an individual problem or seek compensation or
some other form of personal relief, you may wish to consult a
private attorney or a non-profit or legal aid organization for

assistance.  There are only two areas in which we can assist an individual or address a single incident:  1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

    For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

                         Sincerely,

                           /s/
                    Steven H. Rosenbaum
                       Section Chief
                 Special Litigation Section


202-479-3011

(US Supreme Court) → Certified Mail → J. Johnson

Delivered  10/7/19 at 6:04am

Tracking # 70041160000405320096 →

J. Johnson → Case Analyst — Susan Frimponp - #2024793039

*US Supreme Court*

**Tracking Number:** 70041160000405320096

Your item was delivered at 6:04 am on October 7, 2019 in WASHINGTON, DC 20543.

**Status**

# Delivered

October 7, 2019 at 6:04 am
Delivered
WASHINGTON, DC 20543

**Delivered**

**Tracking History**
**October 7, 2019, 6:04 am**
Delivered
WASHINGTON, DC 20543
Your item was delivered at 6:04 am on October 7, 2019 in WASHINGTON, DC 20543.


**October 5, 2019, 11:34 am**
Available for Pickup
WASHINGTON, DC 20543


**October 5, 2019, 11:19 am**
Arrived at Unit
WASHINGTON, DC 20018


**October 4, 2019**
In Transit to Next Facility


**October 2, 2019, 1:15 am**
Departed USPS Origin Facility
PORTLAND, OR 97215


**October 1, 2019, 8:39 pm**
Arrived at USPS Origin Facility

law.[1] The **Supreme Court of the United States** interprets the clauses broadly, concluding that these clauses provide four protections: **procedural due process** (in civil and criminal proceedings) Since January of 2017 to present Washington County & Associates including Family Law violated my rights of due process causing pain & suffering to my kids that are both in grade school these rights by introducing false evidence fake pictures and fake allegations of a gun and false testimony to admitted as evidence,rape, forged documents, and subjecting me to False Imprisonment to hold me past time in attempt to file a grievance or lawsuit.

# False Imprisonment occurs when a person intentionally restricts another person's movement within any area without legal authority, justification or consent.[1] Actual physical restraint is not necessary for false imprisonment to occur. A false imprisonment claim may be made based upon private acts, or upon wrongful governmental detention. For detention by the police, proof of false imprisonment provides a basis to obtain a writ of habeas corpus.[2]Under common law, false imprisonment is both a crime and a tort. Do to the break in due process and hate crimes committed against me I was subject to False imprisonment.

# The Fourth Amendment to the US Constitution states, "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."[i]Washington County & Associates violated my rights by going through my cell phone and personal property without a warrant in front of me in the booking room. As well as hooked my cellphone to a computer. As well as did not have a search warrant. **INVATION OF PRIVACY** The **right to privacy** is an element of various legal traditions to restrain governmental and private actions that threaten the privacy of individuals.[1][2] Over 150 national constitutions mention the right to privacy.

# Pain and suffering is the legal term for the physical and emotional stress caused from an injury (see also pain and suffering).

Some damages that might come under this category would be: aches, temporary and permanent limitations on activity, potential shortening of life, depression or scarring. When filing a lawsuit as a result of an injury, it is common for someone to seek money both in compensation for actual money that is lost and for the pain and stress associated with virtually any injury. In a suit, pain and suffering is part of the "general damages" section of the claimant's claim, or, alternatively, it is an element of "compensatory" non-economic damages that allows recovery for the mental anguish and/or physical pain endured by the claimant as a result of injury for which the plaintiff seeks redress, Emotional trauma, including post-traumatic stress disorder (PTSD) and depression, Bodily injury and its lasting effects, Grief over the death of a loved one, Limitation of personal activities, Potential shortening of life. My kids that are both in grade school and I suffered multiple counts of mental suffering of all the listed conditions above as a direct result of Washington County Corrections & Multnomah Family Law Court.

# Gross negligence is the "lack of slight diligence or care" or "a conscious, voluntary act or omission in reckless disregard of a legal duty and of the consequences to another party."[1] In some jurisdictions a person injured as a result of gross negligence may be able to recover punitive damages from the person who caused the injury or loss. Washington county Corrections by ignoring the alleged victims self-admitted claims on the stand of saying she poisoned me, chocked me, Hit me, and said she was going to shoot me. Also attempts of police reports were done on Bounthvy Bonkhong & Siri Overstreet and Saphouen ouk. Even reports to Homeland

security AS OF TODAY NOTHING HAS BEEN DONE EVEN WITH POLICE REPORTS AND MUTIPLE ATTEMPS OF A RESTRAINING ORDER.

**Defamation of Character & Libel and Slander  (sometimes known as calumny, vilification, or traducement) is the oral or written communication of a false statement about another that unjustly harms their reputation, and usually constitutes a tort or a crime.[1] In several countries, including South Korea[2] and Sweden,[3] communicating a true statement can also be considered defamation. Under common law, to constitute defamation, a claim must generally be false and must have been made to someone other than the person defamed.[4] Some common law jurisdictions also distinguish between spoken defamation, called slander, and defamation in other media such as printed words or images, called libel**

Multiple accounts due to the false charges that are still undergoing appeal and Post-Conviction Relief. My business reputation and six figure job opportunities have been ruined to the point of People of stature and power have questioned me and have lost business deals with my company Silicon valley Global as a direct result.

**RELIEF**

**I AM ASKING THE AMOUNT DUE TO THE STAEMENTS OF CLAIM ON SECTION DECRIPTION (III).** Loss of Multiple hundred thousand dollar careers. Business losses from Silicon Valley Global a tech start up that is legally a micro company. Loss of multiple apartments and living situations since 2017. Subjected me to torture. Knowingly and willingly  ruining me over the course of 3 years. My kids parenting time and custody was ruined effecting the safety and welfare of my children as well as child endangerment. Multiple counts of gross negligence. As per case in appeal alleged victim said they poisoned me, choked me and said she was going to shoot me nothing happened and held me in prison past the date to get a restraining order constituting a break in due process. Also the other cases were appealed and thrown out. I filled in U.S Supreme court in Washington D.C and attached paperwork saying the special litigation team advised to take legal action. Also attached is a letter from the White House stating the matter has been forwarded to federal authorities. Also the U.S. Supreme Court has reviewed the case and advised me to the special litigation section to do a lawsuit seeking financial compensation was advised from the U.S Supreme Court. However the issues have been going on non-Stop for multiple years and the only person "charged" **was me the tortured victim of subjected hate crimes.** I live in Multnomah County and was charged in Hillsboro court as well as my custody hearing was ruined due to I was in out of jurisdiction at the time of judgment. My business reputation and my ability to get jobs and a Presidential pardon was ruined as well as my both my under age kids were affected. Remedy is that Washington County police and correction officers undergo mandatory cultural training to better handle people from minority backgrounds to deal with racial profiling and new code of ethics. Also deportation of non-United States citizens that continually took part in the suffering of my two kids. As well as the above amount financial compensation of 7 million dollars.



**CENTRAL CITY**
**CONCERN**

HOMES  HEALTH  JOBS

**Old Town Clinic**
727 W Burnside  Portland, OR  97209-3514
(503) 228-4533  Fax: (503) 228-4618

12/12/2019

Raziel Briah
650 NW Irving St
Portland, OR      97209

To Whom It May Concern:

Raziel Briah is an established patient of ours at Old Town Clinic and at Old Town Recovery
Center.

He struggles with post traumatic stress disorder and anxiety disorder. These diagnoses result in
hypervigilance and agitation when triggered in certain environments. He is seen and treated for
these conditions on a routine basis. Please consider this when reviewing his case.

Please do not hestitate to contact me with any questions about this request.


Sincerely,

Tracy Dodge PA-C
Bridges Team #971-404-7318

| | |
|---|---|
| **WASHINGTON COUNTY**<br>**DEPARTMENT OF COMMUNITY CORRECTIONS**<br><br>**POLICY AND PROCEDURE** | **NUMBER**<br>305<br>**EFFECTIVE**<br>08-15-99 |
| **POLICY:**<br>**GRIEVANCES** | **PAGE 1 OF 2** |

## POLICY

If a client or citizen believes that he or she has been treated unfairly through misapplication of a rule or condition, oversight, or a failing within the system of the Department of Community Corrections, then the client or citizen has the right to pursue a grievance. All reasonable means will be taken to investigate and resolve client and citizen grievances.

Clients or citizens will not be subject to reprisal for pursuing a grievance.

## AUTHORITY

Washington County Executive Authority

RECEIVED
SEP 18 2019
Washington County
Community Corrections

## PROCEDURE

1.  Client Grievance

    A.  At the time of initial intake, the client shall receive information regarding client grievance procedures. The information shall include procedural steps and explain the following:

        1.  That the client will not suffer reprisals for proceeding in a lawful and reasonable manner to utilize the procedure.

        2.  That it shall be the responsibility of the client to discuss his/her grievance with the assigned staff or supervisor/team leader, in a timely manner, to resolve issues or conflicts.

        3.  That if the grievance is not resolved by Step 2 and the client wishes to pursue the grievance, the client must submit the grievance in writing to the supervisor/team leader of the staff person responsible for service or supervision of the client, within a reasonable period of time following the problem or circumstances of concern to the client.

        4.  That the supervisor/team leader will respond in writing or verbally to the client within ten (10) working days following the receipt of the grievance.

5.     If the grievance is not resolved using Steps 1-4, the client may submit a grievance to the Assistant Director who will respond within ten (10) working days.

B.     Grievance Information

The written grievance submitted by the client to the supervisor/team leader must include at least the following information:

1.     Client name, legal status, address, and telephone number.

2.     A description of the circumstances on which the grievance is based.

3.     The nature of the grievance.

4.     The recommended action.

C.     Staff Process

1.     If a grievance is submitted to the supervisor/team leader, he/she will notify the affected staff person that a grievance has been filed and the nature of the grievance, unless there is reasonable evidence to believe a crime has been committed.

2.     The supervisor/team leader will provide a copy of the written response to the client, the staff person, and the Assistant Director.

3.     If the client files the grievance with the Director or Assistant Director, the Director or Assistant Director will notify and provide a written copy of the grievance to the supervisor/team leader and the affected staff person, unless there is reasonable evidence that a crime has been committed. The response of the Director/Assistant Director will be provided in writing to the client, the supervisor/team leader, and the staff person.

4.     A copy of all written responses will be forwarded to the Assistant Director who will maintain a file.

2.     Citizen Grievances

A.     All citizen complaints regarding the Department and/or employee(s) shall be reported to the staff person's immediate supervisor/team leader who shall inform the Assistant Director. The Director/designee may assign specific staff to investigate and report back to the Director within a reasonable timeframe. All citizen complaints will be carefully considered and a response will be provided by the Director or his designee within thirty (30) days of receipt of the complaint. Complaints will be resolved at the lowest level, whenever possible.

B.     Any written materials generated, including a copy of the complaint, findings from the investigation, and the response of the Department will be placed on file.

## GRIEVANCE/COMPLAINT RESPONSE FORM

☒ Client Grievance ☐ Citizen Complaint    Date: 9/18/19

P.O./Staff Involved: Olga Kameneva/D.Bellwood Handled By: _____

Telephone: Home: (503) 482-4182    Work: _____

Client Involved: Raziel Briah    Address: 650 NW Irving St
                                        Portland, OR 97209

☒ Telephone    ☒ In Person ☒ In Writing

**Nature of Grievance/Complaint:**

I Raziel Briah asked in 3/5/2019 to get my papers transfered to the state of Washington in Bellevue and I have a address out there. It's 9/18/19 and still no interstate compact. Both Olga Kameneva and David Bellwood Know I've asked Six months ago to mae to Washington OR Nevada. Also I asked Six months ago transfer my case from washington County to Multnomah County. Cause I don't live nor have I lived in washington County. Asked through E-mails, Voice mails, in person and as of 9/18/19 my paper work has not been transfered even with my new address in Portland nobody has tranfered the paperwork. I dont live Nor ever lived or committed crimes in Hillsboro. Asked long time ago to have case tranfered to Multnomah and Interstate Compact Olga and David Know and have took no action to correct this issue. Also I have expressed Multiple time to David Bellwood and Olga Kameneva that there is a federal grievance over my Constitutional rights being Voinlated and I have the case In Appeal since 2018. I feel there is abuse of "Due process" of Law wich is a Constitutional right.

Grievance/Complaint Form
Page 2

Requested/Recommended Action:

To have my request made back in march of 2019
to be taken Care of. I want my file transfered to multnomah
County first. Then my Interstate Compact done.

**P.O. Comments/File Information:**

**Action Taken:**

☐   Resolved (see comments below)

☐   Written grievance/complaint requested
    Note: Client grievance must be based upon one or more of the following:

☐   1. Contrary to law or established Department/Washington County policy;

☐   2. Based upon irrelevant or mistaken information;

☐   3. Even though lawful, was unreasonable or unfair.

**Comments:**

**Copy:  Staff Member      Supervisor File      Administrative File**

**Corporation/Limited Liability Company - Information Change**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200
Please Type or Print Legibly in **Black** ink. Attach Additional Sheet if Necessary.        Fax:    (503) 378-4381

[ Print Form ]

**REGISTRY NUMBER:** 1514123

**ENTITY TYPE:** ○ DOMESTIC  ○ FOREIGN

[ Reset Form ]

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record.
We must release this information to all parties upon request and it will be posted on our website.

For office use only

**1. NAME OF CORPORATION OR LIMITED LIABILITY COMPANY:**

SILICON VALLEY GLOBAL

**Complete only the sections that you are updating.**

**2. BUSINESS ACTIVITY**

DIGITAL MARKETING & BUSINESS CONSULTING

APP DEVELOPMENT ON APPLE & ANDRIOD

**3. PRINCIPAL PLACE OF BUSINESS: (Street Address)**

1455 NW IRVING ST. SUITE#200

PORTLAND OR,97209

**4. THE REGISTERED AGENT HAS BEEN CHANGED TO:**

N/A

**5. REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:**
Must be an Oregon Street Address, which is identical to the
registered agent's office.

1390 MARKET ST. SUITE#200

SAN FRANCISCO, CA 94102

**6. ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:**

N/A PAPERLESS NOTICES PLEASE

E-MAIL OR CALL

**7. THE NEW REGISTERED AGENT HAS CONSENTED TO THIS APPOINTMENT.**

**8. THE STREET ADDRESS OF THE NEW REGISTERED OFFICE AND THE BUSINESS ADDRESS OF THE REGISTERED AGENT ARE IDENTICAL.**

The entity has been notified in writing of this change.

**9. INDIVIDUAL WITH DIRECT KNOWLEDGE** (Names and Addresses)
List the name and address of at least one individual who is a director, or controlling shareholder of the corporation (member or manager of the LLC) or an authorized representative with direct knowledge of the operations and business activities of the corporation or LLC.

N/A

ONE ROCKEFELLER PLAZA, 10TH FLOOR

NEW YORK CITY, NEW YORK, 10020

**10. NAME(S) AND ADDRESS(ES)OF CORPORATE OFFICERS OR LLC MEMBERS/MANAGERS**

Corporations list the name and address of one President and one Secretary (ORS 60.787, ORS 65.787, ORS 62.455, ORS 554.315).
Limited Liability Companies list the name and addresses of the managers for a manager-managed limited liability company or the name and address of at least one member for a member-managed limited liability company (ORS 63.787). Please attach a separate sheet of paper if needed.
**If making changes to this section, list all current names and addresses. This replaces what is currently on the record.**

**PRESIDENT OR OWNER(S) (MEMBERS):** (Names and Addresses)

RAZIEL BRIAH: OWNER/C.E.O

ADDRESS: (N/A) NOT FOR PUBLIC

**SECRETARY OR MANAGER(S):** (Names and Addresses)

N/A

**11. EXECUTION:** I declare as an authorized signer, under penalty of perjury, that this document does not fraudulently conceal, obscure, alter, or otherwise misrepresent the identity of any person including officers, directors, employees, members, managers or agents. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

**SIGNATURE:**

**PRINTED NAME:**

RAZIEL BRIAH

**TITLE:**

MR.

**CONTACT NAME:** (To resolve questions with this filing)

RAZIEL BRIAH

**PHONE NUMBER:** (Include area code)

425-610-0560 / 971-238-4633

**FEES**

No Processing Fee

Free copies are available at sos.oregon.gov/business using the Business Name Search program.

Information Change  12/17)

How **Much** Can You Expect to Spend on **SEO**? If you are hiring a top-level **SEO** company to execute a local campaign, expect to pay $500+ per month. A national or international campaign will require a minimum budget of $2,500 to $5,000 month.

n **average SEO** expert charges between $80 and $130 **per** hour. Further, the **average monthly** retainer lies somewhere between $750 and $1500 **per month**. Performance-based **SEO** is free to start, and has dynamic **pricing**.

Giving a rough answer to **how much it costs to** create an **app** (we take the rate of $50 an hour as average): a basic **application** will **cost** around $25,000. Medium complexity **apps** will **cost** between $40,000 and $70,000. The **cost** of complex **apps** usually goes beyond $70,000.Jan 24, 2019 While typical **cost** range stated by **app development** companies **is** $100,000 – $500,000. But no need to panic – small **apps** with few basic features could **cost** between $10,000 and $50,000, so there's an opportunity for any type of business.

| | | |
|---|---|---|
| One-Time SEO | | $1,000 to $100,000+ |
| SEO Audit | | $1,000 to $100,000+ |
| Local SEO | per month | $250 to $5,000+ |
| National SEO | per month | $750 to $10,000+ |
| SEO (Hourly) | per hour | $50 to $700+ |

*Please note that these are general guidelines when it comes to pricing. Each SEO agency has their own version of pricing, and service packages. If you are wondering whether the pricing you have received is fair (and makes sense) feel free to contact whatisseo.com for an assessment.*

*presented by whatisseo.com*

Dear Raziel,

Congratulations, your *Free Application for Federal Student Aid* (FAFSA®) form was processed successfully on 12/03/2019.

## What you should do next

· **Review your SAR.** Your SAR is a summary of the information you provided on your FAFSA form; **it is not your financial aid offer.** Log in to **fafsa.gov** with your FSA ID to review your SAR.

· **Submit additional financial aid applications/documentation to your school(s).** Some states and schools require supplemental financial aid applications if you'd like to be considered for state and/or school financial aid programs. Visit the financial aid section of your school's website to determine if there is additional documentation you must provide to apply for these programs, and be sure to submit any required documentation by the stated deadline.

· **Apply for as many scholarships as you can.** This will help you limit the amount of money you may need to borrow to pay for school. **Learn how to find and apply for scholarships**.

· **Wait for financial aid offers.** You will receive a financial aid offer from each school you listed on your FAFSA form once you are accepted for admission at that school. Review your financial aid offer to determine **which financial aid you'd like to accept**. If you've applied to several schools, be sure to **compare aid offers** to see which school will be the most affordable. Each school has its own schedule for sending out financial aid offers. Contact your school's financial aid office to find out when you will receive your financial aid offer.

Note: If you need to change the information you provided on the FAFSA form (to add a school, for example), log in to your FAFSA form and select "Make FAFSA Corrections."

## Questions

If you have questions, visit **StudentAid.gov/fafsahelp**.

Thank you,

U.S. Department of Education
Federal Student Aid

# Harvard Extension School DCE ID Number

Harvard:Schoo

**registration_services@extension.harvard.edu**

Tue, Sep
24, 2019,
8:06 PM

to

Your DCE ID number is:

Use this DCE ID (include the @ as the first character) together with your DCE PIN to access Online Services. If you do not know your DCE PIN, request it <u>here</u>.

IMPORTANT: You may use your DCE ID and DCE PIN combination only to access Online Services. It will not provide access to any other Harvard website.

This request was generated via the Harvard Extension School Online Services ID request system. If you did not initiate this request or if you have questions about this information, please contact the Registrar's Office at (617) 495-4024.

Thank you for using Harvard Extension School Online Services.