IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SILICON VALLEY GLOBAL and RAZIEL BRIAH**,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**WASHINGTON CORRECTIONS AND ASSOCIATES, JUDGE VETKY, JUDGE VILLA SMITH, WASHINGTON COUNTY COURTHOUSE, WASHINGTON COUNTY DISTRICT ATTORNEY,** and **WASHINGTON COUNTY PROBATION**,<br><br>　　　　　Defendants. | Case No. 3:20-cv-0028-SI<br><br>**JUDGMENT** |

　　Based on the Court's ORDER,

　　**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

　　DATED this 14th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*　　　　　
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT